UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANDRE EADY, individually and on
Behalf of all others similarly situated,

      Plaintiff,

Case No. 22-cv-10677
Hon. Matthew F. Leitman

v.

UNITED COLLECTION BUREAU, INC., et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 3, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 3, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126